# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Jose Angel Garcia DEFENDANT(S). | CASE NUMBER ED12 MJ 17 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of Defendant , IT IS ORDERED that a detention hearing is set for 1/24/12 , , at 2:00 ☐a.m. /☒p.m. before the Honorable OSWALD PARADA , in Courtroom 3 .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 1/20/12

U.S. District Judge/Magistrate Judge